NATHANIEL M. BROWN, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.